UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM JOSEPH MILLER, JR.,

    Plaintiff,                                               Civil Action No. 11-CV-15678

vs.                                                    HON. BERNARD A. FRIEDMAN

MICHAEL ASTRUE,

    Defendant.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is presently before the court on cross motions for summary judgment. Magistrate Judge David R. Grand has submitted a Report and Recommendation ("R&R") in which he recommends that plaintiff's motion be denied and that defendant's motion be granted. Neither party has filed objections to the R&R and the time for doing so has expired. The court has reviewed the parties' motions and the R&R and is persuaded that the magistrate judge's analysis is correct and that his recommendation is sound. Accordingly,

IT IS ORDERED that the magistrate judge's R&R is hereby accepted and adopted as the findings and conclusions of the court.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is denied.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is granted.

                                                          S/ Bernard A. Friedman
Dated: September 21, 2012               BERNARD A. FRIEDMAN
   Detroit, Michigan                   SENIOR UNITED STATES DISTRICT JUDGE